# Court of Appeals
# of the State of Georgia

ATLANTA,__March 12, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A0958. WALTER THOMAS JARRELL v. THE STATE.**

The Appellant in the above-styled case has filed a Motion To Remand. Said motion is hereby GRANTED. The trial court shall hold an evidentiary hearing on Appellant's ineffective assistance of counsel claims.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__03/12/2019_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*